Affidavit

**FILED**
**IN CLERK'S OFFICE**
**U.S. DISTRICT COURT E.D.N.Y**
★ JAN 25 2012 ★
**LONG ISLAND OFFICE**

Roman V. ...

# CV-11-5944

I further acknowledge proof of service under penalty of perjury. A copy of my summons and complaint has been sent to all parties. The clerk has failed to return raised seal copies of my paper work

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Sent To: Attorney General Eric Holder
950 Penn Ave N.W.
Washington, D.C. 20531

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Sent To: US Attorney Robert Kawbic
610 Federal Plaza
Central Islip, NY 11722

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
Sent To: FOIA Complaint
CIA
Washington, DC 20505

**RECEIVED**
JAN 25 2012
**EDNY PRO SE OFFICE**

[signature]

G. Monuy
115 Laurel St Apt 4
Edgefield Pl, NJ, 07660

RECEIVED
US DISTRICT COURT E.D.N.Y
IN CLERK'S OFFICE
LONG ISLAND OFFICE
JAN 25 2012
ENTERED

To the Clerk
US District Court
Eastern District NY
100 Federal Plaza
Central Islip, NY 11722